IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA NICOLE PERNA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 20-1856 |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of January, 2022, following upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 14) and Defendant's Response to Request for Review (Doc. 15), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's request for review is **DENIED** and the final decision of the Commissioner denying disability benefits is **AFFIRMED**.

The Clerk of Court is to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE